USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

JLS CONSULTING, LLC,                    :

                        :

            Plaintiff,        :         1:25-cv-7430-GHW

                        :

      -against-          :         ORDER

                        :

ECOHEALTH ALLIANCE, *a New York Tax Exempt*
*Organization*,                  :

                        :

            Defendant.     :

                        :

------------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

In the Court's order dated September 12, 2025, Dkt. No. 11, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than November 26, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's September 12, 2025 order forthwith and in any event no later than December 2, 2025.

      SO ORDERED.

Dated: November 29, 2025

                                      _____
                                      GREGORY H. WOODS
                               United States District Judge