USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
                                                    :
JLS CONSULTING, LLC,                                :
                                                    :
                              Plaintiff,            :          1:25-cv-7430-GHW
                                                    :
              -v-                                   :          ORDER DIRECTING
                                                    :          ENTRY OF JUDGMENT
ECOHEALTH ALLIANCE,                                 :
                                                    :
                              Defendant.            :
                                                    :
--------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

This action having been commenced by Plaintiff JLS Consulting, LLC ("Plaintiff") on September 8, 2025, by the filing of the Complaint (ECF No. 1); and a First Amended Complaint (ECF No. 9) having been filed September 11, 2025, and a copy of the Summons and Amended Complaint having been served on the Defendant EcoHealth Alliance ("Defendant") on September 24, 2025 by serving Defendant's registered agent, and proof of service of the Amended Complaint having been filed on September 26, 2025 (ECF No. 12); and

A hearing having been conducted by this Court on February 17, 2026, on Plaintiff's motion for default judgment brought by Order to Show Cause (ECF Nos. 21–25, 27), copies of which were served on Defendant (ECF. Nos. 26, 28); and

Defendant having failed to appear at said hearing, and Plaintiff having appeared the hearing by its counsel, Dentons US LLP; and

For the reasons explained on the record during the hearing held on February 17, 2026, the Court having found that Defendant has not answered the Amended Complaint and that the time for the Defendant to answer the Amended Complaint has expired; and that Defendant is liable for breach of its contractual agreement; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff JLS Consulting, LLC against the Defendant EcoHealth Alliance in an amount equal to the sum of (1) $836,945.34, plus pre-judgment interest at 9% per year, computed from May 27, 2025, to the date of this judgment, plus (2) $93,470.58. Post-judgment interest shall accrue on the unpaid amount of the judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of judgment, as established under 28 U.S.C. § 1961(a).

The Clerk of Court is directed to enter judgment for Plaintiff and terminate the case.

SO ORDERED.

Dated: February 20, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2