**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JLS CONSULTING, LLC,

              Plaintiff,

                                 25 **CIVIL** 7430 (GHW)

     -against-                       **DEFAULT JUDGMENT**

ECOHEALTH ALLIANCE,

              Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated February 20, 2026, judgment is entered in favor of Plaintiff JLS Consulting, LLC against the Defendant EcoHealth Alliance in an amount equal to the sum of (1) $836,945.34, plus pre-judgment interest at 9% per year, computed from May 27, 2025, to the date of this judgment in the amount of $56,751.77, plus (2) $93,470.58. Post-judgment interest shall accrue on the unpaid amount of the judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of judgment, as established under 28 U.S.C. § 1961(a); accordingly, the case is closed.

**DATED**: New York, New York
          February 26, 2026

                               **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

BY:                      _____
                                   **Deputy Clerk**